

FILED
JAMES BONINI
CLERK

2011 OCT 18  AM 10: 00

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO STATE UNIVERSITY MEDICAL CENTER, | ) CASE NO. 2:11-CV-792 |
| Plaintiff, | ) JUDGE MICHAEL H. WATSON |
| v. | ) |
| HONDA TRANSMISSION MANUFACTURING OF AMERICA, INC. HEALTH AND WELFARE BENEFIT PLAN, et al. | ) **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | ) |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(A)(1), Plaintiff, by and through the undersigned, hereby dismisses the above-captioned action without prejudice.

Respectfully submitted,

DREYFUSS WILLIAMS & ASSOCIATES CO., L.P.A.

By:_____
Daniel W. Dreyfuss (#0025234)
Special Counsel to Ohio Attorney General
Michael DeWine
1801 East Ninth Street, Suite 1110
Cleveland, OH 44114-3103
Tel: 216-241-5300
Fax: 216-916-1832
E-mail: ddreyfuss@dreyfuss.com

## PROOF OF SERVICE

A copy of the foregoing Motion for Default Judgment has been served upon the following persons by U.S. ordinary mail this 17th day of October, 2011.

Honda Transmission Manufacturing of America, Inc.
24000 Honda Parkway
Marysville, Ohio 43040-9251

Honda Transmission Manufacturing of America, Inc. Health and Welfare Benefit Plan
24000 Honda Parkway
Marysville, Ohio 43040-9251

DREYFUSS WILLIAMS & ASSOCIATES CO., L.P.A.

By: _____
Daniel W. Dreyfuss (#0025234)